No. 2964. STATE *v.* JONES. April Term, 1892. The nature of this proceeding is explained in the order passed PER CURIAM, June 15, 1892, which was as follows :

On hearing the return of the sheriff of said county to the writ. [of *habeas corpus*], and the commitment of the trial justice, it appears to the court from the facts therein contained that defendant, Beverly Jones, is confined in jail undergoing sentence duly published on a plea of guilty [of assault and battery] by defendant. Under the circumstances, it is ordered, that the motion for bail be refused, but with leave to defendant to apply with a like motion, on additional evidence, for another hearing herein before any proper authority.